

U.S. Department of Justice

*United States Attorney*
*Western District of New York*

*100 State Street, Suite 500*  *585/263-6760*
*Rochester, New York  14614*  *fax 585/399-3920*
*Grace.Carducci@usdoj.gov*

August 10, 2022

*Filed via ECF*

Honorable Richard J. Arcara
United States District Judge
2 Niagara Square
Buffalo, New York 14202

    Re:   United States v. Parlato, et. al.
              15-CR-149-RJA

Dear Judge Arcara:

    In response to the Court's Text Order of August 9, 2022 (Doc. No. 296), the government hereby withdraws its motion filed on July 21, 2022 (Doc. No. 288) for an order extending the notice of lis pendens against 29009 Geranium Drive, Big Pine Key, Florida, based upon the defendant's plea agreement wherein it was agreed that the government would not seek forfeiture of that real property.

                            Respectfully yours,

                            Trini E. Ross
                            United States Attorney
                            Western District of New York

                BY:   *s/GRACE M. CARDUCCI*
                            Assistant United States Attorney

cc:   All Counsel
       Via ECF