IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                          15-CR-149-RJA

CHITRA SELVARAJ,

               Defendant.



## SUPEREDING INFORMATION
(Title 26, United States Code, Section 7203)

### COUNT 1

**The United States Attorney Charges That:**

1. During the calendar year 2009, in the Western District of New York, the defendant, CHITRA SELVARAJ, a resident of New York, received gross income in the amount of $150,000.

2. By reason of such gross income, the defendant was required by law, following the close of calendar year 2009, and on or before April 15, 2010, to make an income tax return to the Internal Revenue Service, in Kansas City, Missouri, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of the defendant's gross income and any deductions and credits to which the defendant was entitled.

3. Well knowing and believing all of the foregoing, the defendant did willfully fail, on or about April 15, 2010, in the Western District of New York, and elsewhere, to make an income tax return.

        **All in violation of Title 26, United States Code, Section 7203.**

DATED: Buffalo, New York, November 22, 2022.

                                      TRINI E. ROSS
                                      United States Attorney

BY:   */s/ Michael DiGiacomo*
                MICHAEL DIGIACOMO
                Assistant United States Attorney
                United States Attorney's Office
                Western District of New York
                138 Delaware Avenue
                Buffalo, New York 14202
                716-843-5885
                Michael.Digiacomo@usdoj.gov