UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                    **NOTICE OF MOTION**
                                                      **TO FILE UNDER SEAL**

CHITRA SELVARAJ,                                      **15-CR-149**

                            Defendant.

PLEASE TAKE NOTICE that, upon the annexed affirmation of Cheryl Meyers Buth, Esq.,

attorney for Chitra Selvaraj, the defendant will move this Court at a date and time to be set, to file

the accompanying Affirmation and Combined Statement with Respect to Sentencing Factors and

Sentencing Memorandum under seal for the reasons set forth in the supporting affirmation also

filed separately under seal, together with such other and further relief as this Court may find just

and proper.

Dated: May 2, 2023
       Orchard Park, New York

                                    Respectfully submitted,

                       By:   /s/ Cheryl Meyers Buth, Esq.
                             Meyers Buth Law Group, PLLC
                             *Attorneys for Defendant Chitra Selvaraj*
                             21 Princeton Place
                             Orchard Park, New York 14127
                             Phone:  716-508-8598
                             Email: cmbuth@mblg.com


TO:    Hon. Richard J. Arcara
       United States District Judge
       Robert H. Jackson United States Courthouse
       2 Niagara Square
       Buffalo, New York 14202
       (716) 551-1810

CC:    Charles M. Kruly, Esq.
        Unites States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        (716) 843-5838
        charles.kruly@usdoj.gov