UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHITRA SELVARAJ,                      15-CR-149

                     Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 2, 2023, I electronically filed the foregoing Motion to File under Seal with the Clerk of the District Court using its CM/ECF system, which electronically notified the following CM/ECF participants on this case and was electronically mailed to:

         Charles M. Kruly, Esq.
         Unites States Attorney's Office
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York 14202
         charles.kruly@usdoj.gov

                                       */s/ Cheryl Meyers Buth*
                                       Cheryl Meyers Buth