IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

      v.                                                                15-CR-149-A
                                                                        (Filed Under Seal)

CHITRA SELVARAJ,

                            Defendant.

_____

## NOTICE OF MOTION AND MOTION

**PLEASE TAKE NOTICE** that upon the annexed affidavit, filed under seal, the government will move the Court for sentencing-related relief.

DATED:  Buffalo, New York, May 3, 2023.

                                                                        TRINI E. ROSS
                                                                        United States Attorney


                                 BY:    s/ CHARLES M. KRULY
                                                      Assistant United States Attorney
                                                      United States Attorney's Office
                                                      Western District of New York
                                                      138 Delaware Avenue
                                                      Buffalo, New York 14202
                                                      716-843-5838
                                                      Charles.Kruly@usdoj.gov